UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 01 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JORGE RIVERA VEGA,<br><br>        Petitioner,<br><br> v.<br><br>MERRICK B. GARLAND, Attorney General,<br><br>        Respondent. | No. 19-71750<br><br>Agency No. A022-870-507<br>Board of Immigration Appeals<br><br>**ORDER**<br><br>**(DIAL-IN CONFERENCE)** |

A dial-in telephone conference will be held on July 6, 2023, at 11:00 a.m.

**Pacific Time.** Each participant will receive an email with dial-in information.

Please notify the Mediation Office at mediation@ca9.uscourts.gov if counsel does not receive an email or if additional participants should be added.

FOR THE COURT:

Steven J. Saltiel
Circuit Mediator

cl/mediation